446 F.2d 886
 Carl E. HUBER and Oscar N. Gore, Plaintiffs-Appellants,
v.
STATE BOARD OF BAR EXAMINERS OF GEORGIA et al., Defendants-Appellees.
No. 71-1479 Summary Calendar.*
*Rule 18, 5th Cir.; see Isbell Enterprises, Inc.
v.
Citizens Casualty Co. of N.Y. et al., 431 F.2d 409, Part I
(5th Cir. 1970).
 United States Court of Appeals, Fifth Circuit.
 Aug. 17, 1971, Rehearing Denied Sept. 24, 1971.
 
 Carl E. Huber, pro se.
 Oscar N. Gore, pro se.
 Arthur K. Bolton, Atty. Gen., State of Georgia, John W. Hinchey, Asst. Atty. Gen., Harold N. Hill, Jr., Executive Asst. Atty. Gen., Robert J. Castellani, Asst.
 Appeals from United States District Court, Northern District of Georgia; Albert J. Henderson, Jr., District Judge.
 Before THORNBERRY, MORGAN and CLARK, Citcuit Judges.
 PER CURIAM:
 
 
 1
 Affirmed. See Local Rule 21.[1] /2/
 
 
 
 [1]
 See NLRB v. Amalgamated Clothing Workers of America, 430 F.2d 966 (5th Cir. 1970)
 
 
 [2]
 See dacey v. Florida Bar, Inc., 414 F.2d 195 (5th Cir. 1969); Smith v. State Board of Bar Examiners of Georgia and Defee v. Ravan, 447 F.2d 1312 (5th Cir. 1971)